# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
SEP 21 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| vs. | ) | Case No. |
| Robert Fred Wass | ) | 06-0070 AWI |
| | ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Robert Wass_____, have discussed with _____JACOB M. SCOTT_____, Supervising Pretrial Officer, modifications of my release conditions as follows:

The order that WestCare of California Incorporated serve as a third party custodian, be vacated.

All other previously imposed conditions of release remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____[signature]_____   9-19-07        _____[signature] Jacob M Scott_____   9/14/07
Signature of Defendant   Date            Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____[signature]_____                                              9/14/07
Signature of Assistant United States Attorney                       Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____[signature] Zepeda_____                                       9/17/07
Signature of Defense Counsel                                        Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on  9/17/07 .
☐ The above modification of conditions of release is *not* ordered.

_____[signature]_____                                              9/17/07
Signature of Judicial Officer                                       Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services