IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:07-cr-070 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING DATE AND ORDER |
| v. ) | THEREON |
| ) | |
| ROBERT FRED WASS, ) | Date:   October 29, 2007 |
| ) | Time:   9:00 A.M. |
| Defendant. ) | Judge:  Hon. Anthony W. Ishii |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for October 1, 2007, may be continued to October 29, 2007, at the hour of 9:00 A.M.**

This continuance is at the request of counsel for the defendant to provide her additional time for defense preparation and further investigation prior to hearing. The parties have not yet received all of the necessary information to determine defendant's criminal history. Counsel will then need sufficient time to review the information and pursue resolution prior to hearing. The requested continuance will conserve time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

|  |  |
|---|---|
|  | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: September 27, 2007 | By:  /s/  Dawrence W. Rice, Jr.<br>DAWRENCE W. RICE, JR.<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Public Defender |
| DATED: September 27, 2007 | By:  /s/   Francine Zepeda<br>FRANCINE ZEPEDA<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Robert Fred Wass |

## O R D E R

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   September 27, 2007**             /s/ **Anthony W. Ishii**
                                                                        UNITED STATES DISTRICT JUDGE

2