1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ROBERT FRED WASS

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. 1:07-cr-00070 AWI
                                    )
12              *Plaintiff,*        )   STIPULATION TO CONTINUE MOTIONS
                                    )   SCHEDULE AND STATUS CONFERENCE/
13         v.                       )   MOTIONS HEARING DATE AND ORDER
                                    )   THEREON
14 ROBERT FRED WASS,                )
                                    )   Date:   March 17, 2008
15              *Defendant.*        )   Time:   9:00 A.M.
                                    )   Judge:  Hon. Anthony W. Ishii
16 _____   )

17

18         **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 counsel, that a new motions schedule be set as follows: motions in the above-captioned matter shall be

20 filed on or before February 19, 2008, responses shall be filed on or before March 3, 2008, replies shall be

21 filed on or before March 10, 2008, and **the status conference/motions hearing in the above-referenced**

22 **matter now set for January 28, 2008, may be continued to March 17, 2008, at 9:00 A.M.**

23         This continuance is requested by counsel for Defendant to allow her additional time for defense

24 preparation and investigation, and to allow the parties time for negotiation.  The requested continuance

25 will conserve time and resources for all parties and the court.

26 ///

27  ///

28 ///

1 | The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: January 24, 2008                  By:  /s/ Dawrence W. Rice, Jr.
                                                          DAWRENCE W. RICE, JR.
                                                            Assistant United States Attorney
                                                           Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Public Defender

DATED: January 24, 2008                  By:  /s/ Francine Zepeda
                                                           FRANCINE ZEPEDA
                                                            Assistant Federal Defender
                                                           Attorneys for Defendant
                                                           ROBERT FRED WASS

## **O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 24, 2008**                        /s/ **Anthony W. Ishii**
                                                         UNITED STATES DISTRICT JUDGE