DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT FRED WASS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    *Plaintiff,* )<br>)<br>v. )<br>)<br>ROBERT FRED WASS, )<br>)<br>    *Defendant.* )<br>_____ ) | No. 1:07-cr-00070 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE AND ORDER THEREON<br><br>Date:    June 23, 2008<br>Time:    9:00 A.M.<br>Judge:   Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference/motions hearing in the above-referenced matter now set for June 9, 2008, may be continued to June 23, 2008, at 9:00 A.M.**

This continuance is requested by counsel for Defendant to allow additional time for consideration of a plea offer by the defendant prior to hearing.  The requested continuance will conserve time and resources for all parties and the court.

///

 ///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                              McGREGOR W. SCOTT
                                              United States Attorney

DATED: June 5, 2008                          By: /s/ Dawrence W. Rice, Jr.
                                                  DAWRENCE W. RICE, JR.
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Public Defender

DATED: June 5, 2008                          By: /s/ Francine Zepeda
                                                  FRANCINE ZEPEDA
                                                  Assistant Federal Defender
                                                  Attorneys for Defendant
                                                  ROBERT FRED WASS

## **O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   June 6, 2008**                            **/s/ Anthony W. Ishii**
                                                  UNITED STATES DISTRICT JUDGE