DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT FRED WASS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-cr-00070 AWI |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING SCHEDULE AND HEARING DATE; ORDER |
| v. | Date:  October 27, 2008 |
| ROBERT FRED WASS, | Time:  9:00 A.M. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that the sentencing schedule in the above matter may be reset, with a new schedule to be provided by the United States Probation Office, **and that the sentencing hearing in the above-referenced matter now set for September 15, 2008, may be continued to October 27, 2008, at 9:00 A.M.**

This continuance is requested by counsel for Defendant due to unavailability of counsel and the United States Probation Officer to comply with the presentence schedule now set, and the need to re-set the schedule for completion of the presentence interview, report preparation, and time for the parties to address the report prior to sentencing. The requested continuance will conserve time and resources for all parties and the court.

///

///

1   Because this is a sentencing hearing, no exclusion of time is required.

McGREGOR W. SCOTT
United States Attorney

DATED: July 7, 2008                    By:  /s/  Dawrence W. Rice, Jr.
                                       DAWRENCE W. RICE, JR.
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


                                       DANIEL J. BRODERICK
                                       Federal Public Defender


DATED: July 7, 2008                    By:  /s/   Francine Zepeda
                                       FRANCINE ZEPEDA
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       ROBERT FRED WASS


# O R D E R

IT IS SO ORDERED.

**Dated:   July 7, 2008**              /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Sentencing
Hearing; [Proposed] Order                      2