UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:07-cr-00070 AWI |
| | ) | |
| vs. | ) | **ORDER OF DETENTION PENDING** |
| | | HEARING ON PETITION TO REVOKE |
| Robert Wass | ) | **CONDITIONS OF RELEASE** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

A.  <u>Order for Detention</u>

In accordance with 18 USC 3148, the Court hereby orders that the Defendant remain detained pending hearing on the Petition to Revoke his Pretrial Release.

　　　　IT IS SO ORDERED.

**Dated:   July 17, 2008**          　　　　　 **/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE